FILED

JUN 19 2008

U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| YAN QU, | ) 4:08CR00384 JCH ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about August 17, 2005, in the Eastern District of Missouri,

**YAN QU,**

the defendant herein, did knowingly enter into a marriage for the purpose of evading a provision of the immigration laws of the United States, that is, he married to obtain status as a permanent resident alien when he was not eligible for said status.

In violation of, and punishable under, Title 8, United States Code, Section 1325(c).

A TRUE BILL

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

_____
JOHN J. WARE, #11644
Assistant United States Attorney