UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CR384 JCH |
| ) | |
| YAN QU, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant Yan Qu's Motion to Revoke the Detention Order of the Magistrate Court (Doc. No. 22) is **GRANTED**, and Defendant is released subject to the conditions set forth in this Court's Order Setting Conditions Of Release, entered this day and incorporated herein.

Dated this 4th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE